**Order entered September 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00220-CR

### DONALD MAX WOLF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 17-50348-86-F

## ORDER

Before the Court is appellant's September 16, 2019, third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received September 16, 2019, filed as of the date of this order.

/s/    CORY L. CARLYLE
JUSTICE